IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WALTER D. HILL,

       Plaintiff,

    v.                                                                          Case No. 11-cv-172-JPG

JOSEPH R. MURPHY and BRAD ROESSLER,

      Defendants.

## **JUDGMENT**

    This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict as to some issues and the Court having rendered a decision as to others,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Joseph R. Murphy and Brad Roessler and against plaintiff Walter D. Hill on Hill's claims under *Bivens* for violation of his Fourth Amendment right to be free from unreasonable search and seizure when the defendants (a) entered his home, (b) restrained him and (c) seized his firearm; and

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Joseph R. Murphy and Brad Roessler and against plaintiff Walter D. Hill on Hill's claim under *Bivens* for violation of his Fourteenth Amendment due process rights by deliberate indifference to his serious medical needs.


**DATED:  August 10, 2017**       **JUSTINE FLANAGAN, Acting Clerk of Court**

                                         ***s/Tina Gray*, Deputy Clerk**



**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT
              DISTRICT JUDGE**